Court of Appeals of the State of Georgia granted. *Mr. Frederick T. Saussy* for petitioner. *Mr. William Garrard* and *Mr. Edward S. Elliott* for respondent.

---

No. 919. SOUTH COAST STEAMSHIP COMPANY, PETITIONER, *v.* J. C. RUDBACH. April 15, 1918. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit granted. *Mr. Oliver Dibble* for petitioner. No appearance for respondent.

---

No. 914. WEST END STREET RAILWAY COMPANY, PETITIONER, *v.* JOHN F. MALLEY, COLLECTOR OF INTERNAL REVENUE. April 15, 1918. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the First Circuit denied. *Mr. Alex. Britton* and *Mr. Evans Browne* for petitioner. *The Solicitor General* for respondent.

---

No. 941. RENSSAELAER & SARATOGA RAILROAD COMPANY, PETITIONER, *v.* ROSCOE IRWIN, COLLECTOR OF INTERNAL REVENUE. April 15, 1918. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit denied. *Mr. G. B. Wellington* for petitioner. *The Solicitor General* for respondent.

---

No. 894. WHITE GULCH MINING COMPANY, PETITIONER, *v.* INDUSTRIAL ACCIDENT COMMISSION OF THE STATE OF CALIFORNIA ET AL. April 15, 1918. Petition for a writ of certiorari to the Supreme Court of the State